AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JOSHUA BERDUGO, individually and on behalf of all others similarly situated<br><br>*Plaintiff(s)*<br><br>v.<br><br>GEMINI TRUST COMPANY, LLC; TYLER WINKLEVOSS; and CAMERON WINKLEVOSS<br><br>*Defendant(s)* | Civil Action No. 0:23-cv-60057-WPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cameron Winklevoss
600 Third Avenue, 2nd Floor
New York, NY 10016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeff Ostrow
Kopelowitz Ostrow Ferguson Weiselberg Gilbert
1 West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  01/13/2023

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ J. Adams

Deputy Clerk
U.S. District Courts