# AFFIDAVIT OF SERVICE

| Case:<br>0:23-CV-60057-WPD | Court:<br>United States District Court | County:<br>Southern District of Florida | Job:<br>8229633 (2023001395) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>JOSHUA BERDUGO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SILIMARLY SITUATED | | Defendant / Respondent:<br>GEMINI TRUST COMPANY, LLC ,ET AL., | |
| Received by:<br>Majd Hussein | | For:<br>CAPLAN, CAPLAN AND CAPLAN | |
| To be served upon:<br>GEMINI TRUST COMPANY, LLC C/O CT CORPORATION SYSTEM | | | |

I, Majd Hussein, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents

**Recipient Name / Address:** Vincenza Cipriano, 28 LIBERTY ST, NEW YORK, NY 10005
**Manner of Service:** Corporation, Jan 18, 2023, 11:36 am EST
**Documents:** SUMMONS IN A CIVIL ACTIONS, CLASS ACTION COMPLAINT JURY TRIAL DEMANDED, CIVIL COVER SHEET AND EXHIBITS

On Jan 18, 2023, at 1:42 pm EST at 28 LIBERTY ST, NEW YORK, NY 10005 I served a corporation/entity GEMINI TRUST COMPANY, LLC C/O CT CORPORATION SYSTEM by delivering to and leaving a true copy of the above documents with Vincenza Cipriano, As Authorized to accept on behalf of GEMINI TRUST COMPANY, LLC C/O CT CORPORATION SYSTEM and informed said person of the contents therein in compliance with state statutes.

Recipient description: Age 60; Ethnicity: Caucasian; Gender: Female; Weight: 130; Height: 5'3"; Hair: Black;

Subscribed and sworn to before me by the affiant who is personally known to me.

Majd Hussein
2090551

Notary Public

Date  1 . 18 . 2022

CAPLAN, CAPLAN AND CAPLAN
14160 PALMETTO FRONTAGE RD 105
MIAMAI LAKES , FL 33016

Gail Kagan
Notary Public State of New York
NO. 01KA6094470
Qualified in Westchester County
Commission Expires June 23, 20 23

1395