UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:23-cv-60057-WPD

JOSHUA BERDUGO, individually an on
behalf of all other similarly situated,

    Plaintiff,

v.

GEMINI TRUST COMPANY, LLC;
TYLER WINKLEVOSS; and
CAMERON WINKLEVOSS

    Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Maryia Jones, Esquire of the law firm of JFB Legal, 299 Broadway, Suite 1816, New York, New York, 10007, (212) 548-3212, for purposes of appearance as co-counsel on behalf of Defendants, Gemini Trust Company, LLC, Tyler Winklevoss, and Cameron Winklevoss in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Maryia Jones, Esquire to receive electronic filings in this case, and in support thereof states as follows:

1. Maryia Jones is not admitted to practice in the Southern District of Florida and is a member in good standing of the New York State Bar Association, The Virginia Bar Association and the United District Court for Eastern District of New York, the United States District Court for Western District of New York, and the United States Court of Appeals for the Fourth Circuit.

2. Movant, Dennis M. Campbell, Esquire, of the law firm of Campbell Law Firm PLLC, 201 Alhambra Circle, Suite 602, Coral Gables, Florida 33134, (305) 444-6040 is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Maryia Jones, Esquire has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Maryia Jones, Esquire, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Maryia, Esquire at email address: mjones@jfblegal.com

WHEREFORE, Dennis M. Campbell, Esquire, moves this Court to enter an Order for Maryia Jones, Esquire to appear before this Court on behalf of Defendants, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Maryia Jones.

Date: February 7, 2023

Respectfully submitted,

*/s/ Dennis M. Campbell*
Dennis M. Campbell
Florida Bar No. 271527
E-Mail: dcampbell@campbellmiami.com
E-Mail: service@campbellmiami.com
CAMPBELL LAW FIRM PLLC
201 Alhambra Circle, Suite 602
Coral Gables, FL 33134
Telephone (305) 444-6040
Facsimile  (305)444-6041

*Attorneys for Defendants*
*GEMINI TRUST COMPANY, LLC;*
*TYLER WINKLEVOSS; and*
*CAMERON WINKLEVOSS*