## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:23-cv-60057-WPD

JOSHUA BERDUGO, individually an on
behalf of all other similarly situated,

    Plaintiff,

v.

GEMINI TRUST COMPANY, LLC;
TYLER WINKLEVOSS; and
CAMERON WINKLEVOSS

    Defendants.
_____/

### CERTIFICATION OF MARYIA JONES, ESQUIRE

Maryia Jones, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of New York State Bar Association the Virginia Bar Association and the United District Court for Eastern District of New York, the United States District Court for Western District of New York, and  United States Court of Appeals for the Fourth Circuit and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                                                                                                    Maryia Jones