# EXHIBIT 1

# Create an account

Please enter your name as it appears on official documents.

**First name**

[First name]

**Middle name**

[Middle name]

**Last name**

[Last name]

**Email address**

[e.g., satoshi@gemini.com]

**Password**

[Password]

**Promo code (optional)**

[Promo code]

**Location**

🇺🇸 California    Change

☐ By creating this account, you agree to our User Agreement and Privacy Policy.

Next

Account sign in

Create a business account