# **EXHIBIT 6**



