# EXHIBIT 11

**From:** Gemini <hello@news.gemini.com>
**Date:** December 23, 2022 at 6:38:27 PM PST
**To:**
**Subject: Gemini Earn - Update**
**Reply-To:** hello@gemini.com



Hi there,

We are writing to remind you that all Earn updates and FAQs are posted to our Earn update page here. At a minimum, we will post to this page every Tuesday and Friday until a resolution is reached. We are striving to provide as much transparency as possible in the process.

We greatly appreciate your patience while we work towards a resolution for the recovery of your assets. We continue to work with Genesis and DCG and are operating with the utmost urgency. All parties remain engaged and collaborative. We will continue to work on your behalf around the clock through the holidays — we will not be slowed down because of this.

As part of our recovery efforts, we have entered into a new Master Loan Agreement (MLA) with Genesis. The only difference between the old MLA and new MLA is the dispute resolution provision. We have determined that a different arbitration forum — National Arbitration and Mediation — can better streamline the resolution of any potential dispute so that we can maximize our efforts to achieve a timely and global resolution for you to get your assets back.

1

This directly benefits you and all Earn users. Your support and understanding has allowed us to focus entirely on advocating for you and the return of your assets — it is truly appreciated.

If you have not already agreed to the new MLA and you do not agree to be bound by it, you should not access or use Gemini and you must send an email from the email address registered with your Gemini Account to customer support at support@gemini.com within 7 days, saying that you do not agree to the new MLA. Thank you.

Team Gemini

Invite friends, get bitcoin. Refer a friend.

Learn More

Crypto on the go. Download the Gemini mobile app.

  



gemini.com

Twitter
Facebook
LinkedIn
Instagram

Gemini Trust Company, LLC
(d/b/a Gemini Exchange, LLC in AZ, CA, DE, FL, ID, IL, KS, KY, MA, MI, MN, NC, ND, NM, OH, OR, SC, SD, UT, and VA; d/b/a Gemini Exchange in AK and WA)
600 Third Avenue, 2nd Floor
New York, NY 10016
+1 (866) 240-5113

Unsubscribe from this list

Copyright 2022 Gemini Trust Company, LLC . All rights reserved.

3