UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:23-cv-60057-WPD

JOSHUA BERDUGO, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

GEMINI TRUST COMPANY, LLC, TYLER WINKLEVOSS; and CAMERON WINKLEVOSS.

    Defendants.
_____/

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Defendants, GEMINI TRUST COMPANY, LLC ("Gemini"), TYLER WINKLEVOSS ("Tyler") and CAMERON WINKLEVOSS ("Cameron') (together, "Defendants"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, file this Corporate Disclosure Statement, and state:

Gemini, a private non-governmental party, certifies that Gemini is majority-owned by Gemini Space Station, LLC, which in turn is majority-owned by Winklevoss Capital Fund, LLC. No public corporation holds 10% or more of the equity of any such disclosed entity.

Dated: February 8, 2023

*CASE NO.: 0:23-cv-60057-WPD*

Respectfully submitted,

By: */s/ Dennis M. Campbell*
Dennis M. Campbell, Esq.
Florida Bar No. 271527
Email: dcampbell@campbellmiami.com
Email: service@campbellmiami.com
CAMPBELL LAW FIRM PLLC
201 Alhambra Circle, Suite 602
Coral Gables, FL 33134
Telephone: (305) 444-6040
Facsimile: (305) 444-6041
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on the 8th day of February 2023 on the parties listed on and in the method specified in the Service List below.

*/s/ Dennis M. Campbell*
Dennis M. Campbell

## SERVICE LIST

**Jeff Ostrow, Esq./Steven Sukert, Esq.**
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
ostrow@kolawyers.com
sukert@kolawyers.com
[VIA CM/ECF]

**David C. Silver, Esq.**
SILVER MILLER
4450 NW 126th Avenue, Suite 101
Coral Springs, Florida 33065
Telephone: (954) 516-6000
dsilver@silvermillerlaw.com
[VIA CM/ECF]

*Counsel for Plaintiff*

47201