UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60057-CIV-DIMITROULEAS

JOSHUA BERDUGO, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

GEMINI TRUST COMPANY, LLC, et al.,

    Defendants.
_____/

### ORDER GRANTING MOTIONS TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE is before the Court on the Motions to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing [DE's 10, 11] (the "Motions"). The Court has carefully reviewed the Motions and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

The Motions [DE's 10, 11] are **GRANTED**. Maryia Jones and John F. Baughman may appear and participate in this action on behalf of Defendants.

The Court reserves the power to withdraw permission for special appearance prior to and during the time of trial. Failure to abide by any Court order or failure to appear at any scheduled matter may result in immediate revocation of counsel's *pro hac vice* status. Local counsel must be ready to adequately represent the party at any time, including conducting the actual trial.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 8th day of February, 2023.

*[signature: William P. Dimitrouleas]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record