**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 0:23-cv-60057-WPD**

JOSHUA BERDUGO, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

GEMINI TRUST COMPANY, LLC; TYLER
WINKLEVOSS; and CAMERON
WINKLEVOSS,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Joshua Berdugo ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)A)(i), hereby dismisses this action as follows:

1. All claims of Plaintiff Joshua Berdugo, individually, are dismissed without prejudice; and

2. All claims of any unnamed member of the putative class are dismissed without prejudice.

Each party shall bear their own fees and costs.

Dated: February 22, 2023.

Respectfully submitted,

*/s/ David C. Silver*
David C. Silver, Esq.
Florida Bar No.: 572764
**SILVER MILLER**
4450 NW 126th Avenue, Suite 101
Coral Springs, Florida 33065
Telephone: (954) 516-6000
dsilver@silvermillerlaw.com

Jeff Ostrow, Esq.
Florida Bar No.: 121452
Steven Sukert, Esq.
Florida Bar No.: 1022912
**KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Telephone: (954) 525-4100
ostrow@kolawyers.com

*Counsel for Plaintiff and the Putative Class*