UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60057-CIV-DIMITROULEAS

JOSHUA BERDUGO, individually
and on behalf of all others similarly
situated,

    Plaintiff,

vs.

GEMINI TRUST COMPANY, LLC, TYLER
WINKLEVOSS, and CAMERON WINKLEVOSS,

    Defendants.
_____/

## ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice (the "Notice") [DE 16], filed herein on February 22, 2023. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

**1.** The Notice [DE 16] is hereby **APPROVED**.

**2.** This case is **DISMISSED WITHOUT PREJUDICE**.

**3.** The Clerk is directed to **DENY** any pending motions as moot and **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 22nd day of February, 2023.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record